UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　BARRY W WYCHE<br>　　　　Debtor(s)<br>Nationstar Mortgage LLC,<br>　　　　Movant<br><br>v.<br>BARRY W WYCHE<br>　　　　Debtor(s)<br>　KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-pmm |

## CERTIFICATION OF DEFAULT

I, Mark Cronin, of McCalla Raymer Leibert Pierce, LLP, Counsel for Nationstar Mortgage LLC, hereby certify that the Debtor, BARRY W WYCHE, is in default of the Stipulation approved on January 29, 2025 (Docket #48) for failing to make the required payments set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.

Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

Respectfully Submitted:

McCalla Raymer Leibert Pierce, LLP

Dated: 12/10/2025

By: /s/Mark Cronin
Mark Cronin
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Telephone: 215-402-6989
mark.cronin@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　BARRY W WYCHE<br>　　　　Debtor(s)<br>Nationstar Mortgage LLC,<br>　　　　Movant<br><br>v.<br>BARRY W WYCHE<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s)<br><br>In Re:<br>　　BARRY W WYCHE | Chapter 13<br><br>Case Number: 24-12221-pmm<br><br><br><br><br><br><br><br><br><br><br>Chapter 13 |

## ORDER

AND NOW, this __10th__ day of December, 2025, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of Nationstar Mortgage LLC and any successor in interest and Debtor, BARRY W WYCHE, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow Nationstar Mortgage LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 4017 Maywood Street, Philadelphia, PA 19124.

　　It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>　　BARRY W WYCHE<br>　　　　Debtor(s)<br>　　Nationstar Mortgage LLC,<br>　　　　Movant<br><br>　　　　v.<br><br>　　BARRY W WYCHE<br>　　　　Debtor(s)<br>　　KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-pmm |

### **CERTIFICATE OF SERVICE**

　　I, the undersigned, hereby certify that a true and correct copy of the within Certification of Default was served to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Barry W Wyche
4017 Maywood Street
Philadelphia, PA 19124
*Debtor(s)*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
*Attorney for Debtor*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter13 Trustee*

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

12/10/2025   *By: /s/Mark Cronin*
Mark Cronin
mark.cronin@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| BARRY W WYCHE, | ) | NO. 24-12221-PMM |
| YOLANDA WIDEMAN,, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | |
| | ) | CHAPTER 13 |
| vs. | ) | |
| | ) | |
| BARRY W WYCHE, | ) | Judge: Patricia M. Mayer |
| YOLANDA WIDEMAN,, | ) | |
| KENNETH E. WEST, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## AFFIDAVIT

Personally before the undersigned officer duly authorized to administer oaths under the laws of the State of __Texas__ appeared __Annie Murchison__ who, being first sworn, deposes and states as follows:

1.

I am of legal age, under no legal disability, and am competent to testify in this matter as to the facts stated herein. I have personal knowledge of facts stated herein as they relate to Compliance with this Court's Order entered January 29, 2025.

2.

Since the entry of said Order, the Debtor has failed to make payments required under said

Order as follows:

> The Debtor has failed to remit the regular monthly mortgage payments of $1,022.71 each, for the months of August, 2025 through September, 2025; the regular monthly mortgage payments of $1,102.81 each, for the month of October, 2025 through November, 2025; . The total amount necessary to cure the default is $4,251.04, which reflects $0.00 held in debtor's suspense.

3.

On November 4, 2025, a Notice of Default was sent to the Debtor, Debtor's Attorney and the Trustee. The default was not cured within the time permitted under the Order.

4.

With the Debtor having defaulted and failed to cure the default within the time allowed, Affiant submits that Movant is entitled to an Order lifting the automatic stay.

_____  Date: 12/02/2025
Title: Assistant Secretary

Sworn to and subscribed
before me this ___ day
of December, 2025.

_____
Notary Public
My Commission Expires:



CHASTITY WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2027
Notary ID 130235636

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　BARRY W WYCHE<br>　　　　Debtor(s)<br>Nationstar Mortgage LLC,<br>　　　　Movant<br><br>v.<br>BARRY W WYCHE<br>　　　　Debtor(s)<br>　KENNETH E. WEST<br>　　　Trustee<br>　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-pmm |
| In Re:<br>　　BARRY W WYCHE | Chapter 13 |

**ORDER**

AND NOW, this ___10th___ day of December, 2025, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of Nationstar Mortgage LLC and any successor in interest and Debtor, BARRY W WYCHE, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow Nationstar Mortgage LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 4017 Maywood Street, Philadelphia, PA 19124.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>    BARRY W WYCHE<br>        Debtor(s)<br>    Nationstar Mortgage LLC,<br>        Movant<br><br>    v.<br>    BARRY W WYCHE<br>        Debtor(s)<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-pmm |
|---|---|

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Certification of Default was served to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Barry W Wyche
4017 Maywood Street
Philadelphia, PA 19124
*Debtor(s)*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
*Attorney for Debtor*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter13 Trustee*

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

12/10/2025                                                   <u>*By: /s/Mark  Cronin*</u>
                                                             Mark  Cronin
                                                             mark.cronin@mccalla.com