**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Barry W Wyche | : | Chapter 13 |
| | : | Case No.: 24-12221-PMM |
| Debtor | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 88, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 90) is approved.

DATE:

_______________________________
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE