**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>BARRY W WYCHE.<br>Debtor(s)<br>ROCKET MORTGAGE, LLC S/B/M NATIONSTAR MORTGAGE LLC,<br>Movant<br><br>v.<br>BARRY W WYCHE,<br>YOLANDA WIDEMAN.<br>Debtor(s)<br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-PMM |

## CERTIFICATION OF DEFAULT

I, Brent Lemon, of McCalla Raymer Leibert Pierce, LLP, Counsel for Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, hereby certify that the Debtor, BARRY W WYCHE, is in default of the Stipulation approved on August 25, 2026 for failing to make the required payments set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.

Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

Respectfully Submitted:

McCalla Raymer Leibert Pierce, LLP

Dated: 11/16/2026

By: /s/Brent Lemon
Brent Lemon
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Telephone: 215-602-7218
/se

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>BARRY W WYCHE.<br>Debtor(s)<br>ROCKET MORTGAGE, LLC S/B/M<br>NATIONSTAR MORTGAGE LLC,<br>Movant<br><br>v.<br>BARRY W WYCHE,<br>YOLANDA WIDEMAN.<br>Debtor(s)<br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-PMM |
| In Re:<br>BARRY W WYCHE,<br>YOLANDA WIDEMAN | Chapter 13 |

**ORDER**

AND NOW, this 16th day of November, 2026, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC and any successor in interest and Debtor, BARRY W WYCHE, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 4017 Maywood Street, Philadelphia, PA 19124.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

____________________________________

UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>BARRY W WYCHE.<br>Debtor(s)<br>ROCKET MORTGAGE, LLC S/B/M<br>NATIONSTAR MORTGAGE LLC,<br>Movant<br>v.<br>BARRY W WYCHE,<br>YOLANDA WIDEMAN.<br>Debtor(s)<br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 24-12221-PMM |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the within Certification of Default was served to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Barry W Wyche
4017 Maywood Street
Philadelphia, PA 19124
*Debtor*

YOLANDA WIDEMAN
4017 Maywood Street
Philadelphia, PA 19124
*Co-Debtor*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
*Attorney for Debtor*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter13 Trustee*

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

11/16/2026

*By: /s/Brent Lemon*
Brent Lemon
Brent.Lemon@mccalla.com