IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>BARRY W WYCHE,<br><br>Debtor. | BANKRUPTCY CASE<br><br>NO. 24-12221-PMM |
| ROCKET MORTGAGE, LLC S/B/M NATIONSTAR MORTGAGE LLC,<br><br>Movant.<br><br>vs.<br><br>BARRY W WYCHE,<br>YOLANDA WIDEMAN,<br>KENNETH E. WEST, Trustee,<br><br>Respondents. | CONTESTED MATTER PROCEEDING<br><br>CHAPTER 13<br><br>JUDGE: PATRICIA M. MAYER |

AFFIDAVIT

Personally before the undersigned officer duly authorized to administer oaths under the laws of the State of Texas appeared Annie Murchison who, being first sworn, deposes and states as follows:

1.

I am of legal age, under no legal disability, and am competent to testify in this matter as to the facts stated herein. I have personal knowledge of facts stated herein as they relate to compliance with this Court's Order entered January 29, 2025(DOC #48).

2.

Since the entry of said Order, the Debtor has failed to make payments required under said Order as follows:

The Debtor has failed to remit the regular monthly mortgage payments of $1,102.81 each, for the months of June 1, 2026 through October 1, 2026. The total amount necessary to cure the default is $4,914.05, which reflects $600.00 held in debtor's suspense.

3.

On October 14, 2026, a Notice of Default was sent to the Debtor, Debtor's Attorney and the Trustee. The default was not cured within the time permitted under the Order.

4.

With the Debtor having defaulted and failed to cure the default within the time allowed, Affiant submits that Movant is entitled to an Order lifting the automatic stay.

Annie Muchison Date: 11/09/2026

Title: Assistant Secretary

Sworn to and subscribed
before me this 09 day
of 11, 2026.

[signature]

Notary Public
My Commission Expires: 12/15/27

HUGH ZHAO
Notary Public, State of Texas
Comm. Expires 12-15-2027
Notary ID 128828303
NOTARY PUBLIC STATE OF TEXAS